**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-6812**

———————

ROMMELL A. RIGGINS,

                    Plaintiff – Appellant,

        v.

KATHLEEN S. GREEN, Warden; VICTORIA BURKHARD, Asst. Warden;
G. CHESTER, Captain; D. O. CULLOTTA; LATRICIA TAYLOR, H.O.,

                    Defendants – Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte,  Senior District
Judge.  (8:08-cv-02305-PJM)

———————

Submitted:  July 23, 2009            Decided:  July 30, 2009

———————

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Rommell A. Riggins, Appellant Pro Se.  Rex Schultz Gordon,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rommell A. Riggins appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Riggins' motion for appointment of counsel and affirm for the reasons stated by the district court. Riggins v. Green, No. 8:08-cv-02305-PJM (D. Md. Apr. 3, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2